IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS ALMEIDA,

    Plaintiff,

v.                                                   CASE NO. 4:10cv4-SPM/WCS

LAWRENCE REEL, Warden, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 24, 2010 (doc. 6). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders.

DONE AND ORDERED this 30th day of March, 2010.

                                                    *s/ Stephan P. Mickle*
                                                    Stephan P. Mickle
                                                    Chief United States District Judge