IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS ALMEIDA,

        Plaintiff,

v.                                  CASE NO. 4:10cv4-SPM/WCS

LAWRENCE REEL, et al.,

        Defendants.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated April 15, 2010 (doc. 12).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2.      This case is transferred to the United States District Court for the Northern District of Georgia, Atlanta Division, for all further proceedings.

DONE AND ORDERED this 28th day of May, 2010.

*s/ Stephan P. Mickle*
_____
Stephan P. Mickle
Chief United States District Judge